JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ARUTIUN MATEVOSIAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al,<br>Respondents. | Case No. 5:26-cv-05307-DFM<br>JUDGMENT |

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus issued on September 23, 2026,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Arutiun Matevosian (A# 249-370-736), subject to any conditions of release in effect immediately before his September 11, 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: September 28, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge